JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Odel Hale, III, | CV 23-6826-JFW(MARx) |
| Plaintiff | |
| v. | |
| Duracell U.S. Operations, Inc., et al. | |
| Defendant | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 29, 2023

JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE